JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. WALKER, et al., | Case No. CV 14-2940 FMO (JCGx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| NDEX WEST LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 20th day of February, 2015.

/s/
Fernando M. Olguin
United States District Judge